ADRIAN F. SHERMAN, *Trustee in Bankruptcy*, v. THE ROSSVILLE STATE BANK.
### No. 13,226.   (74 Pac. 1133.)

Error from Shawnee district court; Z. T. HAZEN, judge. Opinion filed December 12, 1903.   Affirmed.

*George E. Stoker*, for plaintiff in error.
*Whitcomb & Hamilton*, for defendant in error.

*Per Curiam:* Plaintiff in error complains that there was no evidence to support the verdict of the jury on which the judgment in favor of the bank was based.   We think there was.   The testimony in the case was conflicting. The fact that the preponderance was in favor of plaintiff below will not justify this court in setting aside the verdict.

The judgment will be affirmed.